**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Craig Michael HATHCOCK,**
**Defendant–Appellant.**

**No. 16–11962**
**Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 4, 2017)

Jason Sterling Beaton, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Barbara Jean Throne, Chipola Law, Blountstown, FL, Craig Michael Hathcock, FPC Montgomery—Inmate Legal Mail Maxwell Air Force Base, Montgomery, AL, for Defendant–Appellant.

Before ED CARNES, Chief Judge, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Barbara Jean Throne, appointed counsel for Craig Michael Hathcock, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hathcock's convictions and sentences are **AFFIRMED**.